UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KIMBERLY ANN GLOVER                                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 4:11CV97 DPJ-FKB

JACKSON COUNTY, MISSISSIPPI, ET AL.                                        DEFENDANTS

ORDER

This cause came on this date to be heard upon the Unopposed Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [3] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court and Plaintiff's motion to proceed *in forma pauperis* [2] is denied.[1]

**SO ORDERED AND ADJUDGED** this the 22nd day of June, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that Plaintiff paid the $350.00 filing fee on June 17, 2011.